UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LEILA SINCLAIR a/k/a LEILA C. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO:   The Honorable Judge of the United States District Court
for the Southern District of Florida

The United States Securities and Exchange Commission ("SEC") respectfully notifies the Court and the Plaintiff that the above-captioned cause now pending in the Circuit Court of the 15th Judicial Circuit, Case No. 502016CA001631, captioned <u>Leila Sinclair a/k/a Leila C. Jenkins v. United States Securities and Exchange Commission</u>, is removed from there to this Court, under the provisions of Title 28, United States Code, Sections 1442(a)(1), 1444, and 1446.

In support thereof, the SEC advises the Court as follows:

1.   On February 16, 2016, Plaintiff Leila Sinclair a/k/a Leila C. Jenkins ("Jenkins") filed the instant action in the Circuit Court of the 15th Judicial Circuit.

2.   Although service on the SEC was not perfected in accordance with Federal Rule of Civil Procedure 4(i) or 28 U.S.C. 2410, the SEC nevertheless received a copy of the complaint on March 17, 2016.

3.   The SEC was named as a defendant in the action.

4.   Accordingly, this action is removable pursuant to the provisions of 28 U.S.C. §§ 1442(a)(1), 1444, and 1446.

5.	Copies of all pleadings and process obtained by the SEC relevant to this proceeding are attached hereto.

6.	The SEC first received notice of this action on March 17, 2016. This notice of removal is filed within 30 days of the receipt of said notice.

WHEREFORE, the Commission gives notice that the within action is removed to the United States District Court for the Southern District of Florida.

Dated: March 21, 2016  
Washington, D.C.

Respectfully submitted,

s/MICHAEL J. ROESSNER  
Michael J. Roessner  
Attorney for Defendant  
United States Securities and Exchange Commission  
100 F Street, N.E., Mail Stop 5985  
Washington, D.C. 20549  
Tel: (202) 551-4347  
Fax: (703) 813-9366  
Email: RoessnerM@SEC.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, a copy of the foregoing Notice of Removal was filed electronically. A copy of this Notice of Removal was mailed by regular U.S. mail, postage prepaid to Plaintiff's Counsel at the following addresses:

Brian S. Behar
Robert J. Edwards
Behar, Gutt & Glazer, P.A.
1855 Griffin Road
Suite A-350
Ft. Lauderdale, Florida 33004


                                                  s/MICHAEL J. ROESSNER
                                                  Michael J. Roessner